■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE PAGAN, Appellant. [37 NYS3d 898]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed January 16, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid and, thus, does not preclude review of his excessive sentence claim (see People v Bradshaw, 18 NY3d 257, 267 [2011]; People v DeSimone, 80 NY2d 273, 283 [1992]; People v McBride, 106 AD3d 1110, 1110 [2013]). However, the sentence imposed was not excessive (People v Suitte, 90 AD2d 80 [1982]). Eng, P.J., Austin, Roman, Maltese and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK PILORGE, Appellant. [37 NYS3d 898]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 14, 2009 (People v Pilorge, 61 AD3d 782 [2009]), affirming a judgment of the Supreme Court, Nassau County, rendered October 24, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Balkin, J.P., Maltese, Duffy and LaSalle, JJ., concur.